UNITED STATES OF AMERICA
<u>NORTHERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA

   -V-                                                               Docket No. 5:04CR00268-012

Michael Dayton

HONORABLE FREDERICK J. SCULLIN, JR., CHIEF U.S. DISTRICT JUDGE

ORDER

The Court recommends the defendant be designated to Elkton Federal Correctional Institution to allow him to be as close to his family as possible.

     IT IS SO ORDERED

DATED:     February 6, 2006
                  Syracuse, New York

                                                         Frederick J. Scullin, Jr.
                                                         Chief United States District Court Judge